IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY PAUL HORSTMAN,

    Petitioner,           No. 2:08-cv-2602-FCD-JFM (HC)

  vs.

MIKE EVANS, et al.,

    Respondents.          <u>ORDER</u>

_____/

    Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.[1] (No. 2:06-cv-0900-FCD-CMK (HC).) Pursuant to Local Rule 81-190(d), the above-captioned action is will be reassigned to the Magistrate Judge who considered the prior petition.[2]

    The parties should be aware that reassigning this action under Local Rule 81-190(d) merely has the result that the action is assigned to the District Judge and Magistrate Judge who considered the prior petition; no consolidation of the actions is effected.

---

[1] A court may take judicial notice of court records. See <u>MGIC Indem. Co. v. Weisman</u>, 803 F.2d 500, 505 (9th Cir. 1986); <u>United States v. Wilson</u>, 631 F.2d 118, 119 (9th Cir. 1980).

[2] The action is already assigned to the District Judge who considered the prior petition and therefore no reassignment to a different District Judge is required.

1

Accordingly, IT IS HEREBY ORDERED that:

1. This action shall remain assigned to District Judge Frank C. Damrell, Jr. and is reassigned to Magistrate Judge Craig M. Kellison for all further proceedings; henceforth, the caption on documents filed in this action shall be shown as No. 2:08-2602-FCD-CMK (HC); and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: February 25, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

hors2602.190